COMPLAINT
Heru Spencer,
Authorized agent of
DJEDI ORDER
Po Box 1376
Bozeman MT, 59771
(406) 219-6300
President@djediorder.org

FILED/REC'D
2023 [...] 31  11:04

23-cv-194-wmc

UNITED STATES DISTRICT COURT
Western District of Wisconsin

DJEDI ORDER; Et al.

Plaintiff

V

STATE OF FLORIDA; ASHLEY BROOKE MOODY ATTORNEY GENERAL in her official roll as ATTORNEY GENERAL; RON DESANTIS GOVERNOR in his official roll as GOVERNOR; MANNY DIAZ JR. in his official roll as commissioner of education; STATE OF TEXAS; KEN PAXTON in his official roll as ATTORNEY GENERAL; Governor GREGG ABBOTT in his official roll as GOVERNOR; MIKE MORATHIN his official roll Texas commissioner of education; STEPHEN BRIN CARLTON, J.D. as his official role Executive Director of the Texas Medical Board; STATE OF ARIZONA; KATIE HOBBS GOVERNOR her official roll as GOVERNOR; MARK BRNOVICH his official roll as ATTORNEY GENERAL; STATE OF OKLAHOMA; JON MICHAEL O'CONNOR in his official roll as ATTORNEY GENERAL of OKLAHOMA; GOVERNOR KEVIN STITT in his official roll as GOVERNOR of Oklahoma; STATE OF IOWA; TOM MILLER in his official roll as ATTORNEY GENERAL of IOWA; GOVERNOR KIM REYNOLDS in her official roll as GONVERNOR of IOWA; STATE OF LOUISIANA; JEFFERY LANDRY in his official roll as ATTORNEY GENERAL; GOVERNOR JOHN BEL EDWARDS in his official roll as GOVERNOR; STATE OF INDIANA; TODD ROKITA in his official roll as ATTORNEY GENERAL; ERIC HOLCOMB in his official roll as GOVERNOR; STATE OF SOUTH CAROLINA; ALAN WILSON in his official roll as ATTORNEY GENERAL; GOVERNOR HENRY MCMASTER in his official roll as GOVERNOR; STATE OF SOUT DAKOTA. MARTY J. JACKLEY in his official roll as ATTORNEY GENERAL; KRISTI NOEM as her official roll as GOVERNOR; STATE OF TENNESSEE; JONATHAN SKRMETTI as his official roll as ATTORNEY GENERAL; GOVERNOR BILL LEE as his official roll as GOVERNOR; STATE OF UTAH; SEAN REYES as his official roll as ATTORNEY GENERAL; SPENCER COX as his official roll as GOVERNOR; STATE OF VIRGINIA; JASON MIYARES in his official roll as ATTORNEY GENERAL; GLENN YOUNGKIN in his official roll as GOVERNOR; STATE OF MISSISSIPPI; LYNN FITCH in his official roll as ATTORNEY GENERAL;TATE REEVES in his official roll as GOVERNOR; STATE OF ARKANSAS; TIM GRIFFIN in his official roll as ATTORNEY GENERAL; SARAH SANDERS in her official roll as GOVERNOR; STATE. OF ALABAMA; STEVE MARSHALL in his official roll as

ATTORNEY GENERAL; KAY IVEY in her official roll as GOVERNOR; STATE OF MONTANA; AUSTIN KNUDSEN in his official roll as ATTORNEY GENERAL; GREG GIANFORTE in his official roll as GOVERNOR; STATE OF IDAHO; RAUL R. LABRADOR in his official roll as ATTORNEY GENERAL; BRAD LITTLE as his official roll as GOVERNOR; STATE OF WEST VIRGINIA; PATRICK MORRISEY in his official roll as ATTORNEY GENERAL; JIM JUSTICE in his official roll as GOVERNOR; STATE OF WYOMING; BRIDGET HILL in her official roll as ATTORNEY GENERAL; MARK GORDAN in his official roll as GOVERNOR; STATE OF KENTUCKY; ANDY BESHEAR in his official roll as GOVERNOR; DANIEL CAMERON in his official roll as ATTORNEY GENERAL; A.L.E.C.; AMERICAN FAMILY; AMERICAN COLLEGE OF PEDIATRICIANS; ALLIANCE DEFENDING FREEDOM; DAUGHTERS OF THE CONFEDERACY; THE FEDERALIST SOCIETY; THE SUPREME COURT HISTORICAL SOCIETY; THE FELLOWSHIP; THE FAMILY; INTERNATIONAL FOUNDATION; MOMS FOR LIBERTY; AMERICAN FAMILY ASSOCIATION; FAMILY RESEARCH COUNCIL; FAMILY RESEARCH INSTITUTE; LIBERTY COUNSEL; STRONG HOLD BAPTIST CHURCH; SURE, FOUNDATION BAPTIST CHURCH; STEDFAST BAPTIST CHURCH; WESTBORO BAPTIST CHURCH; SHIELD OF FAITH BAPTIST CHURCH BOISE; GRAYSON FRITTS; ALL SCRIPTURE BAPTIST CHURCH; FOCUS ON THE FAMILY; THE PROUD BOYS; PATRIOT FRONT; OATH KEEPERS; THREE PERCENTERS; Et al.

Defendants

To the Honorable Judge of UNITED STATES DISTRICT COURT
Western District of Wisconsin:
Petitioner DJEDI ORDER Et al. respectfully submits this Class action lawsuit & petition challenging the constitutionality of all Anti LGBTQIA laws Abortion Bans and Anti-Abortion laws, which bans transgender rights and gender-affirming healthcare, lifesaving women's healthcare, parental rights, requesting declaratory and injunctive relief. We are requesting loss of consortium damages, Punitive damages, Tort damages Federal Tort Claims Act (FTCA) (28 U.S.C. § 2674), AND APPLICATION FOR PERMANENT INJUNCTION ON ALL UNCONSTITUTIONAL LAWS AND BANS. Damages for our members and the religious organization DJEDI ORDER, the years of torture, loss of life, terrorism violence and persecution the 2SLGBTQIA+ have endured.

## Background

1. This is a matter of religious freedom, & first amendment rights, these bills ARIZONA SB 1138 SB 1165 HB 2161 SB 1399 OKLAHOMA SB 615 SB 2 SB 1100 SB 187 SB 1140 IOWA HF 2416 LOUISIANA SB 44 INDIANA HB 1208 SB 65 SOUTH CAROLINA HB 4608 HB 5150 SOUTH DAKOTA SB 46 HB 1080 H. 4776 SB 124 TENNESSEE SB 2153 HB 2316 HB 1895 SB 1861 SB 1 SB 3 HB 1223 HB 1182 SB 1224 HB 3 SB 228 SB 1229 HB 836 UTAH SB97 HB209 SB39 HB467 HB11 SB16 SB100 FLORIDA

HB 1557 HB 7 S 1028 ARKANSAS SB199 SB294 SB 43 HB 1570 SB 354 SB 450 SB 289 MISSISSIPPI HB 1125 SB 2536 VIRGINIA SB 20 ALABAMA HB 391 MONTANA HB 112 LC 2997 /SB 280 SB 215 IDAHO HB 500 H 509 TEXAS HB 25 WEST VIRGINIA HB 3293 HB 3042 Kentucky SB 150 WYOMING SF 133 Texas SB8 heartbeat bill and all abortion bans and copycat bills, Et al. violate our members & our religious organizations Djedi Order's 1st amendment rights 1st & 2nd clauses "Congress shall make no law respecting an establishment of religion,", "or prohibiting the free exercise thereof;".

I. FREE SPEECH, FREEDOM OF RELIGION, FREEDOM FROM RELIGION AND MEDICAL AUTONOMY

2. This Straight Cis Christian Agenda By forcing our members to follow modern Christian religious beliefs and forcing us to be Christian and infringing on our free exercise of religion 2nd clause of the 1st amendment "or prohibiting the free exercise thereof;". This conspiracy to genocide the trans & LGBTQIA community is partially documented in the emails leaked from Fred Deutsch, involving many of the defendants. Of whom are lobbyists, religious officiated nonprofits; foundations; religious groups; political action comities affiliated with multiple Christian denominations; charities; foundations; and well-known hate groups. 18 U.S.C. § 241 Section. 241 makes it unlawful for two or more persons to agree to injure, threaten, or intimidate a person in the United States in the free exercise or enjoyment of any right or privilege secured by the Constitution or laws of the Unites States or because of his or her having exercised such a right.

3. Our religious organization and members 1st & 9th Amendments of religious freedom to exercise and freedom from being compelled to follow another religion's religious belief are being violated.

4. Our tenets relevant to this case: 1st tenet; Bodily autonomy: The right to bodily autonomy is subject to your will and your will alone, no foreign body or entity has the right to invade or subvert your will, mind, spirit, & Body's autonomous integrity & self-governance.
2nd tenet; Separation of church and state: The sacred relationship between the humanity and their human journey in existence and pursuit of balance with the Source of Life shall not be infringed upon by any state or entity.
6th tenet; Self-determination: Life is the manifestation of The Force, the incarnation of Order & the Source of Life. Self-determination is how the Source keeps order in chaos. The inherent right to affirming medical care medical decisions shall be at the discrepancy of the individual and their healthcare providers alone and shall not be infringed upon this includes gender affirming care, as well as medical reproductive care.

5. Our religious organization has abortion clinics/ LGBTQIA+ clinics being built, and these laws restrict our religious medical care and right to religious exemption.

6. Based on the science and facts of history our religious practices are not only historical, religious based, they do no harm, thus they should not be penalized and made into a crime. A

common study cited by republicans is the Swedish study, which is deliberately misused & misquoted, & the doctors that did the study have contested the way republicans have maliciously misrepresented their study.
https://journals.plos.org/plosone/article?id=10.1371/journal.pone.0016885

7. These bills also violate contract law, trust law, laws associated with person/persons, property laws (the person is property, and the individual is property of the source of life in custody of the individual). An Infant is not a person until it is born and gets its Live Birth Certificate, and the mother registers the baby with the state.

8. Not only is being 2SLGBTQIA+ a religious belief and practice it is a genetic reality, but it is also proven to be a scientific reality backed by 100s of studies. Thus, any curriculum or club in school or in academia should not be censored and banned, nor should the freedom speech of our members students be infringed.

## II. FREE SPEECH AND PROTECTION AND DUE PROCESS,

9. Our 4th amendment right is being violated:"The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated," by creating registries for LGBTQIA+ people & trans people forcing trans people and drag queens to register with the state, is much like when the Nazis forced LGBTQIA+ to register (Nazi-revised criminal code's Paragraph 175 ) which lead to the LGBTQIA genocide that took place in Germany during WW2. Also, there are bills being purposed in Texas SB 1029 and Florida SB 254 to take trans kids and LGBTQIA+ children from loving homes that affirm their sexuality and gender. Tennessee SB 841 is a law that will have drag queens and trans people register with the state, much like the Nazi registry for homosexuals and so-called deviants or as Tennessee calls them prurient behavior. Penn., 319 US 105; "No state shall convert a liberty into a privilege, license it, and attach a fee to it. " Shuttlesworth v. Birmingham, 373 US 262; "If the state converts a liberty into a privilege, the citizen can engage in the right with impunity." The Supreme Court has recognized that gender identity is a protected class, and discrimination against transgender individuals is subject to heightened scrutiny. Since 2016 around 1500 bills have been purposed by republican representatives & written by the defendants and other anti LGBTQIA+ groups to criminalize us and our bodily autonomy.

10. Our 5th amendment right is being violated: "nor be deprived of life, liberty, or property," all these bills violate this clause of the 5th amendment.

11. Our 9th amendment right is being violated: "The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people." Our right to bodily autonomy and self-governance is key to our freedom, and though not explicitly listed in the amendments, it is listed here in the 9th. To breed women like cattle as Republican state representative Jack Nelsen said: "I'm a lifelong dairy farmer who retired, still own part of the dairy; grew up on the farm. I've milked a few cows, spent most of my time walking behind lines of cows, so if you want some ideas on repro and the women's health thing, I have some definite opinions," he chuckled. When

speaking of forcing women to give birth and forcing pregnancy, with Idaho's abortion ban.

12. Our 10th amendment right is being violated: "The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people. We The People agree to obey the laws as long as the laws are for the people, it is us the people who the laws are written for to protect our rights, as soon as the government violates our freedoms and writes laws to criminalize our rights, we the people reserve the right to reform our government.

13. Our 14th amendment right is being violated:
Section 1. All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the state wherein they reside. No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

14. Our 13th amendment right is being violated: "Neither slavery nor involuntary servitude" by making the LGBTQIA+ a second class below Christians, with our religious rights subject to Christianity.

15. Religious nonprofits, political action committees, and other hate groups & organizations conspired together with politicians, to pass laws deliberately targeting our religious freedom and the LGBTQIA community & religious organization with the intent to eliminate us and exterminate us by making our existence illegal and criminal. This Cis straight Christian agenda, putting our lives at risk and creating a political environment & media environment that made the country violently hostile to our community and religious organization. Encouraging terrorism, As is evident with the club Q mass shooting and the Pulse night club mass shooting to name two.

16. 2SLGBTQIA+ history is being criminalized and students and teachers' freedom of speech is being violated, Parental rights are being stripped, not to mention the favorable false Christian history is being forced in schools while other history of other religions and historical events are being criminalized. All while a new evangelized version of education is being forced on the public, in violation of parental rights, the first amendment.

17. U.S. Supreme Court in Lemon v. Kurtzman, 403 U.S. 602 (1971)
. Under the "Lemon" test, government can assist religion only if (1) the primary purpose of the assistance is secular, (2) the assistance must neither promote nor inhibit religion, and (3) there is no excessive entanglement between church and state.

III. VIOLATION OF OATH OF OFFICE AND COLOR OF LAW

18. All elected officials who wrote, sponsored signed and voted for these bills are in violation of Color of Law under TITLE 18, U.S.C., SECTION 242:
TITLE 18, U.S.C., SECTION 242
Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United

States, ... shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

19. May the judge take into account all the deaths resulting from abortion bans and laws preventing lifesaving health care which abortion is, also note all the deaths resulting from these trans bans anti LGBTQIA+ laws , as well as the representatives hate speech directed to the LGBTQIA+ community that resulted in the deaths of LGBTQIA+ including the club Q shooting and the pulse night club shooting from well know self-proclaimed anti LGBTQIA republicans and trump supporters. Study of increased mortality of women after abortion bans and antiabortion laws too effect are included in evidence, also studies of increased LGBTQIA deaths, suicides, and murders after federal and state representatives publicly publicized hate speech against the LGBTQIA + community (& our members) is also included in evidence. NOTE: many of THE PROUD BOYS; PATRIOT FRONT; OATH KEEPERS; THREE PERCENTERS are police, military and elected to some form of government office. All of which have terrorized our members and the DJEDI ORDER. They have terrorized our religious Drag events and other religious events.

20. Many Baptist preachers, pastors, church leaders, political commentators and politicians who have called for the execution and extermination of the LGBTQIA+ community and our members;

21. On June 11, law enforcement in northern Idaho arrested 31 men linked to the white supremacist group Patriot Front. The men are accused of planning a riot at a Pride festival in Coeur d'Alene. Coeur d'Alene Police Chief Lee White told The Washington Post June 12, "These individuals were prepared to riot."Prior to that event, Pastor Joe Jones of Shield of Faith Baptist Church in Boise, Idaho called for the executions of all gay people.In a sermon that has since gone viral nationally, Jones told his congregation that "God told the nation that he ruled: Put them to death. Put all queers to death."

22. Awes claimed the Bible's solution to what he called the "sodomite deception" is queer people "should be lined up against the wall and shot in the back of the head."
"What does God say is the answer, is the solution for the homosexual in 2022, here in the New Testament, here in the book of Romans? That they are worthy of death," Awes said. "Every single homosexual in our country should be charged with a crime, the abomination of homosexuality that they have, they should be convicted in a lawful trial, they should be sentenced to death, they should be lined up against a wall and shot in the back of the head." Awes claimed the Bible's solution to what he called the "sodomite deception" is queer people "should be lined up against the wall and shot in the back of the head."

"What does God say is the answer, is the solution for the homosexual in 2022, here in the New Testament, here in the book of Romans? That they are worthy of death," Awes said. "Every single homosexual in our country should be charged with a crime, the abomination of homosexuality that they have, they should be convicted in a lawful trial, they should be sentenced to death, they should be lined up against a wall and shot in the back of the head."

23.."They are worthy of death," Grayson Fritts said in a June 2 sermon at All Scripture Baptist Church, a small church in Knoxville that he leads.The church posted the sermon online and then removed it, according to The Washington Post. The video was picked up by the Tennessee Holler, an independent liberal news outlet, and edited into a six-minute clip."God has instilled the power of civil government to send the police in 2019 out to the LGBT freaks and arrest them and have a trial for them, and if they are convicted, then they are to be put to death," he said in the clip.Fritts said it would be easy to find people to arrest at events such as gay pride parades."We have a bunch of them we're going to get convicted because they have all their pride junk on, and they're professing what they are, that they're a filthy animal," he said. "It's totally separate, because if I'm employed by the sheriff's office, then if they came into the sheriff's office, obviously they're allowed there," he said, according to WATE. "You understand what I'm saying? This. I am over this. I am the head of this church. I say who comes and goes. Those people are not permitted to join, those people are not permitted to attend."

24.In his speech, Knowles pushed an extremist position on public policy toward transgender individuals. "There can be no middle way in dealing with transgenderism. It can be all or nothing," he said. "If transgenderism is true, if men really can become women, then it's true for everybody of all ages. If transgenderism is false — as it is — if men really can't become women — as they cannot — then it's false for everybody too. And if it's false, then we should not indulge it, especially when that indulgence requires taking away the rights and customs of many people. It if is false, then for the good of society — and especially for the good of the poor people who have fallen prey to this confusion — then transgenderism must be eradicated from public life entirely — the whole preposterous ideology, at every level."

25."Not only will I vote to make sure that those parents be held for child abuse because there's no such thing as trans kids, only abusive parents, period," Burns responded adding that trans-supportive parents are unnaturally influencing their children's development. "I want to make sure that those parents are being held accountable," Burns continued. "We should start putting some of those parents in jail for abusing their child's minds, and especially in the school system. Any teacher is [sic] teaching that LGBT, transgenderism, flurries [sic], the groomers, any sexual orientation communication in the school system should be immediately terminated but also be held for abusing young children. Our children should not be born to be indoctrinated. That is 1922 Nazi Germany all over again."The comments by Burns echo Republican leadership who have called LGBTQ+ people and allies "groomers" as well as calling gender-affirming health

care for trans youth "child abuse." "That's why when I'm elected, I don't want to just vote. I want to start holding people accountable for treason to the Constitution. I am going to push to reenact HUAC," he said, referring to the House Un-American Activities Committee. Burns said the underlying goal of those he called "the LGBT transgender grooming our children's minds" is to destabilize the country. He said that parents and teachers discuss LGBTQ+ issues with children are a "national security threat" to the U.S.

26. To Reiterate the first to be put in the camps during the holocaust were the LGBTQIA+ socialists, communists, & political prisoners.

27. The effect of the Anti LGBTQIA+ bills are families are having to move, leave the country out of fear of a "revival of Nazi Germany in America", trans children and adults are being targeted more for hate crimes being pressured to commit suicide, teachers are being charged with crimes, family members, and the public are dehumanizing them much like the LGBTQIA+ were in 1930s Germany. Americans are losing their lives, jobs, families, and freedom.

28. Furthermore, these anti LGBTQIA+ bills are not supported by sound scientific evidence and endangers public health. The American Academy of Pediatrics, American Medical Association, American Psychological Association, and World Professional Association for Transgender Health all support gender-affirming healthcare for transgender individuals, and research shows that such care improves their mental and physical health outcomes.

29. Those that oppose gender affirming care claim it is child mutilation, however this is a blatant lie, as youth do not get any surgeries until adulthood and the 2 rare cases where a 15- or 16-year-old was involved, parents, doctors, therapists, and the state was involved, and approved it. Youth receive hormone blockers which are reversable and safe and used for Cis children as well, however 2 religious practices that are surgeries on infants, circumcision performed on male and female infants, and religious parents determining the sex of intersex children at birth without the child's consent. Why are these practices not made illegal? The mortality of circumcision is high, yet no child has died because of puberty blockers. https://www.mayoclinic.org/diseases-conditions/gender-dysphoria/indepth/
pubertal-blockers/art-20459075
https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6502664/pdf/nihms-1009500.pdf

30. Source: Dan Bollinger, Lost boys: An estimate of U.S. circumcision-related infant deaths, THYMOS: Journal of Boyhood Studies, Vol. 4, No. 1, Spring 2010, 78-90.

31. Factors Associated With Early Deaths Following Neonatal Circumcision
Brian Earp, PhD Candidate; Veerajalandhar Allareddy, MD, MBA, FAAP, FACP; Veerasathpurush
Allareddy, BDS MBA MHA PhD MMSc; Alexandre T. Rotta, MD
Pediatrics (2018) 142 (1_MeetingAbstract): 224.

https://doi.org/10.1542/peds.142.1MA3.224

32. The effect of the abortion bans and anti-abortion laws; are loss of lives, jobs, doctors are moving to other safe states; making it very unsafe in states where these laws are enacted to have a baby or simply be a woman.

33. Hundreds of studies proven abortions are a necessary medical treatment for people who may get pregnant and is a lifesaving procedure. The Medical consensus and spiritual consensus are that a child is not alive until after the breath of life after it is born, the fetus not being a life and is only sustain life from the mother.

34. Both abortion rights and 2SLGBTQIA + rights are inseparable as is the rights of people of color, and children's human rights, as these groups have been treated as property in the past and continue to be treated as property. Property of the states fighting over their rights to restrict their constitutional rights. However, it is our creator The Source of Life (whatever you believe that to be, including the big bang or the tree of life) who has given us our bodily autonomy and selfgovernance.

35. Ronald Reagan deliberately did nothing during the Aids crisis, allowing the churches to continue the lavender scare propaganda that started during and after WW2 ruining the LGBTQIA Public perception and reputation effecting lives, careers, families, at the expense of 100s of thousands of lives, and continuing the persecution of our community. In 1946 the Christian churches revised their versions of the bibles to equate homosexuality with sodomy to demonize the LGBTQIA+ community to justify state sanctioned and church sanctioned violence against the LGBTQIA+ community. Summer 2016, Vol. 48, No. 2 By Judith Adkins Enlarge On December 15, 1950, the Hoey committee

36. In 1983 Bob Jones University lost their tax-exempt status because they would not desegregate, Bob Jones University v. United States, 461 U.S. 574 (1983) and from this rose the campaign of demonizing homosexuality, abortions, feminism, bodily autonomy, and the Black and indigenous community. The plan is called the Seven Mountains Mandate, Evangelicals, Mormons, Catholics and other religious groups formed coalitions to impose their religion on the rest of the country, using politics, media, Politicians, and white nationalist hate groups. All of this intersects and is related to each other, the outcomes of one marginalized group effecting the other. Our religion and the people of the 2ALGBTQIA community, our members are among a long list of casualties in a very long list, created by certain religious groups, religious organizations, religious foundations, and churches and religious owned companies and their desire to politically impose theocratic rule and assault the constitutional rights of all Americans. This anti Black, anti-indigenous, anti-abortion, anti 2SLGBTQIA+, anti-religious freedom campaign was started during WW2 and became a political movement mixing religion and politics when this coalition decided to use Reagan as their president. We are witnessing the marriage of church and state in this nefarious movement.

37. Article 11 of the 1797 Treaty of Tripoli, which declares that "the government of the United States of America is not, in any sense, founded on the Christian religion,"

38.Separation of church and state is needed to bring balance back to America Otherwise America

is in a very precarious position and in grave danger. We Implore This Courts And all courts to take a firm stand to uphold the first amendment, religious freedom, separation of church and state, freedom of speech, freedom of the press, freedom of assembly, and the right to petition our government, all of these rights are in jeopardy. If they are not protected America will be lost.

JUSDICTION AND VENUE

This lawsuit satisfies all requirements in Rule 23. Class Actions (a) (1) (2) (3) (4), (b) (1) (A)& (B), Rule 23. Class Actions (2) &(3).

It also satisfies for the venue per 28 U.S. Code § 1391 (b)Venue in General.—A civil action may be brought in— (1)a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located;
(2)a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or
(3)if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action. As our members live in the state of Wisconsin; (c)RESIDENCY.—For all venue purposes— (2) an entity with the capacity to sue and be sued in its common name under applicable law, whether or not incorporated, shall be deemed to reside, if a defendant, in any judicial district in which such defendant is subject to the court's personal jurisdiction with respect to the civil action in question and, if a plaintiff, only in the judicial district in which it maintains its principal place of business; and ; (d)RESIDENCY OF CORPORATIONS IN STATES WITH MULTIPLE DISTRICTS.—
For purposes of venue under this chapter, in a State which has more than one judicial district and in which a defendant that is a corporation is subject to personal jurisdiction at the time an action is commenced, such corporation shall be deemed to reside in any district in that State within which its contacts would be sufficient to subject it to personal jurisdiction if that district were a separate State, and, if there is no such district, the corporation shall be deemed to reside in the district within which it has the most significant contacts. Our churches and members are nationwide, in every state, (e)ACTIONS WHERE DEFENDANT IS OFFICER OR EMPLOYEE OF THE UNITED STATES.—
(1)IN GENERAL.—
A civil action in which a defendant is an officer or employee of the United States or any agency thereof acting in his official capacity or under color of legal authority, or an agency of the United States, or the United States, may, except as otherwise provided by law, be brought in any judicial district in which (A) a defendant in the action resides, (B) a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (C) the plaintiff resides if no real property is involved in the action. Additional persons may be joined as parties to any such action in accordance with the Federal Rules of Civil Procedure and with such other venue requirements as would be applicable if the United States or one of its officers, employees, or agencies were not a party. AND WE ARE SUING OTHER FOREIGN STATES AND ENTITIES : (f)CIVIL ACTIONS AGAINST A FOREIGN STATE.—A civil action against a foreign state as defined in section 1603(a) of this title may be brought—
(1)

in any judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated;
(2)
in any judicial district in which the vessel or cargo of a foreign state is situated, if the claim is asserted under section 1605(b) of this title;
(3)
in any judicial district in which the agency or instrumentality is licensed to do business or is doing business, if the action is brought against an agency or instrumentality of a foreign state as defined in section 1603(b) of this title; or
(4)
in the United States District Court for the District of Columbia if the action is brought against a foreign state or political subdivision thereof.
(g)MULTIPARTY, MULTIFORUM LITIGATION. —
A civil action in which jurisdiction of the district court is based upon section 1369 of this title may be brought in any district in which any defendant resides or in which a substantial part of the accident giving rise to the action took place.

WHEREFORE, Petitioner respectfully requests that this Court
1. DECLARE Senate Bill ARIZONA SB 1138 SB 1165 HB 2161 SB 1399 OKLAHOMA SB 615 SB 2 SB 1100 SB 187 SB 1140 IOWA HF 2416 LOUISIANA SB 44 INDIANA HB 1208 SB 65 SOUTH CAROLINA HB 4608 HB 5150 SOUTH DAKOTA SB 46 HB 1080 H. 4776 SB 124 TENNESSEE SB 2153 HB 2316 HB 1895 SB 1861 SB 1 SB 3 HB 1223 HB 1182 SB 1224 HB 3 SB 228 SB 1229 HB 836 UTAH SB97 HB209 SB39 HB467 HB11 SB16 SB100 FLORIDA HB 1557 HB 7 S 1028 ARKANSAS SB199 SB294 SB 43 HB 1570 SB 354 SB 450 SB 289 MISSISSIPPI HB 1125 SB 2536 VIRGINIA SB 20 ALABAMA HB 391 MONTANA HB 112 LC 2997 /SB 280 SB 215 IDAHO HB 500 H 509 TEXAS HB 25 WEST VIRGINIA HB 3293 HB 3042 Kentucky SB 150 WYOMING SF 133 Texas SB8 heartbeat bill and all abortion bans and copycat bills, Et al are unconstitutional;
2. A.L.E.C. $2,000,000,000 IN DAMAGES.
3. AMERICAN FAMILY $500,000,000 IN DAMAGES.
4. AMERICAN COLLEGE OF PEDIATRICIANS $500,000,000 IN DAMAGES
5. ALLIANCE DEFENDING FREEDOM $500,000,000 IN DAMAGES
6. DAUGHTERS OF THE CONFEDERACY $100,000,000 IN DAMAGES
7. THE FEDERALIST SOCIETY $500,000,000 IN DAMAGES
8. THE SUPREME COURT HISTORICAL SOCIETY $100,000,000 IN DAMAGES
9. THE FELLOWSHIP/ THE FAMILY $200,000,000,000 IN DAMAGES
10. INTERNATIONAL FOUNDATION $100,000,000,000 IN DAMAGES
11. MOMS FOR LIBERTY $50,000,000 IN DAMAGES
12. AMERICAN FAMILY ASSOCIATION $500,000,000 IN DAMAGES
13. FAMILY RESEARCH COUNCIL $500,000,000 IN DAMAGES
14. FAMILY RESEARCH INSTITUTE $500,000,000 IN DAMAGES
15. LIBERTY COUNSEL $500,000,000 IN DAMAGES
16. STRONG HOLD BAPTIST CHURCH $50,000,000 IN DAMAGES
17. SURE FOUNDATION BAPTIST CHURCH $50,000,000 IN DAMAGES

18. STEDFAST BAPTIST CHURCH $50,000,000 IN DAMAGES
19. WESTBORO BAPTIST CHURCH $50,000,000 IN DAMAGES
20. SHIELD OF FAITH BAPTIST CHURCH BOISE $50,000,000 IN DAMAGES
21. GRAYSON FRITTS $5,000,000 IN DAMAGES
22. ALL SCRIPTURE BAPTIST CHURCH $50,000,000 IN DAMAGES
23. THE PROUD BOYS $50,000,000 IN DAMAGES
24. PATRIOT FRONT $50,000,000 IN DAMAGES
25. OATH KEEPERS $50,000,000 IN DAMAGES
26. THREE PERCENTERS $50,000,000 IN DAMAGES
27. Tort damages Federal Tort Claims Act (FTCA) (28 U.S.C. § 2674)
28. FOCUS ON THE FAMILY $100,000,000 IN DAMAGES
28. Issue a permanent injunction prohibiting these bills enforcement; and
29. Reparations for the Aids crisis, lavender scare propaganda that is still going on today.
30. Any and all other relief as this Court deems just and proper.
This, the 23rd day of March 2023.
Respectfully Submitted,

*Heru Spencer 03/23/2023*

Heru Spencer DJEDI ORDER Founder


CERTIFICATE OF SERVICE
I hereby certify pursuant to Federal Rules and Procedure; Rule 5. (c) (1) & (2) as the court so orders; STATE OF FLORIDA; ASHLEY BROOKE MOODY ATTORNEY GENERAL in her official roll as ATTORNEY GENERAL; RON DESANTIS GOVERNOR in his official roll as GOVERNOR; MANNY DIAZ JR. in his official roll as commissioner of education; STATE OF TEXAS; KEN PAXTON in his official roll as ATTORNEY GENERAL; Governor GREGG ABBOTT in his official roll as GOVERNOR; MIKE MORATHIN his official roll Texas commissioner of education; STEPHEN BRIN CARLTON, J.D. as his official role Executive Director of the Texas Medical Board; STATE OF ARIZONA; KATIE HOBBS GOVERNOR her official roll as GOVERNOR; MARK BRNOVICH his official roll as ATTORNEY GENERAL; STATE OF OKLAHOMA; JON MICHAEL O'CONNOR in his official roll as ATTORNEY GENERAL of OKLAHOMA; GOVERNOR KEVIN STITT in his official roll as GOVERNOR of Oklahoma; STATE OF IOWA; TOM MILLER in his official roll as ATTORNEY GENERAL of IOWA; GOVERNOR KIM REYNOLDS in her official roll as GONVERNOR of IOWA; STATE OF LOUISIANA; JEFFERY LANDRY in his official roll as ATTORNEY GENERAL; GOVERNOR JOHN BEL EDWARDS in his official roll as GOVERNOR;STATE OF INDIANA; TODD ROKITA in his official roll as ATTORNEY GENERAL; ERIC HOLCOMB in his official roll as GOVERNOR; STATE OF SOUTH CAROLINA; ALAN WILSON in his official roll as ATTORNEY GENERAL;GOVERNOR HENRY MCMASTER in his official roll as GOVERNOR; STATE OF SOUT DAKOTA; MARTY J. JACKLEY in his official roll as ATTORNEY GENERAL ; KRISTI NOEM as her official roll as GOVERNOR;STATE OF TENNESSEE; JONATHAN SKRMETTI as his official

roll as ATTORNEY GENERAL;GOVERNOR BILL LEE as his official roll as GOVERNOR; STATE OF UTAH; SEAN REYES as his official roll as ATTORNEY GENERAL; SPENCER COX as his official roll as GOVERNOR;STATE OF VIRGINIA; JASON MIYARES in his official roll as ATTORNEY GENERAL; GLENN YOUNGKIN in his official roll as GOVERNOR ; STATE OF MISSISSIPPI; LYNN FITCH in his official roll as ATTORNEY GENERAL;TATE REEVES in his official roll as GOVERNOR; STATE OF ARKANSAS; TIM GRIFFIN in his official roll as ATTORNEY GENERAL; SARAH SANDERS in her official roll as GOVERNOR; STATE. OF ALABAMA; STEVE MARSHALL in his official roll as ATTORNEY GENERAL; KAY IVEY in her official roll as GOVERNOR; STATE OF MONTANA; AUSTIN KNUDSEN in his official roll as ATTORNEY GENERAL; GREG GIANFORTE in his official roll as GOVERNOR;STATE OF IDAHO; RAUL R. LABRADOR in his official roll as ATTORNEY GENERAL; BRAD LITTLE as his official roll as GOVERNOR; STATE OF WEST VIRGINIA; PATRICK MORRISEY in his official roll as ATTORNEY GENERAL; JIM JUSTICE in his official roll as GOVERNOR;STATE OF WYOMING; BRIDGET HILL in her official roll as ATTORNEY GENERAL; MARK GORDAN in his official roll as GOVERNOR;STATE OF KENTUCKY; ANDY BESHEAR in his official roll as GOVERNOR; DANIEL CAMERON in his official roll as ATTORNEY GENERAL; A.L.E.C.; AMERICAN FAMILY; AMERICAN COLLEGE OF PEDIATRICIANS; ALLIANCE DEFENDING FREEDOM; DAUGHTERS OF THE CONFEDERACY; THE FEDERALIST SOCIETY; THE SUPREME COURT HISTORICAL SOCIETY; THE FELLOWSHIP; THE FAMILY; INTERNATIONAL FOUNDATION; MOMS FOR LIBERTY; AMERICAN FAMILY ASSOCIATION; FAMILY RESEARCH COUNCIL ; FAMILY RESEARCH INSTITUTE; LIBERTY COUNSEL; STRONG HOLD BAPTIST CHURCH; SURE FOUNDATION BAPTIST CHURCH; STEDFAST BAPTIST CHURCH;WESTBORO BAPTIST CHURCH; SHIELD OF FAITH BAPTIST CHURCH BOISE; GRAYSON FRITTS; ALL SCRIPTURE BAPTIST CHURCH;FOCUS ON THE FAMILY; THE PROUD BOYS;
PATRIOT FRONT; OATH KEEPERS; THREE PERCENTERS

10 facts about religion and government in the U.S. | Pew Research Center
https://www.nbcnews.com/news/amp/rcna34140
https://www.motherjones.com/politics/2023/03/anti-trans-transgender-health-careban-legislation-bill-minors-children-lgbtq/
https://www.mediamatters.org/daily-wire/daily-wire-host-says-there-cant-be-genocidetrans-
people-transgender-people-not-real
https://worldpopulationreview.com/state-rankings/states-that-allow-child-marriage
https://www.them.us/story/tennessee-republicans-want-to-ban-same-sex-marriagebut-allow-child-marriage
https://www.them.us/story/tennessee-republicans-want-to-ban-same-sex-marriagebut-allow-child-marriage
https://amp.theguardian.com/commentisfree/2022/mar/30/republicans-gop-partychildren-abuse
https://www.hrw.org/news/2019/03/12/no-tucker-carlson-child-marriage-notdifferent-lifestyle-0

https://www.businessinsider.in/politics/world/news/wyoming-republicans-arecriticizing-a-child-marriage-bill-that-seeks-to-raise-the-legal-age-to-18-its-sponsored-byone-of-their-own-party-members-/articleshow/97838031.cms

https://www.thepinknews.com/2022/12/22/trans-woman-texas-arrest/

https://www.independent.co.uk/life-style/jack-nelsen-idaho-cows-womenb2261861.html

https://journals.plos.org/plosone/article?id=10.1371/journal.pone.0016885

https://www.nbcnews.com/nbc-out/out-news/protesters-bloodied-arrested-nyc-dragstory-hour-rcna75724

hhttps://www.glaad.org/blog/updated-glaad-report-drag-events-faced-least-141-protests-and-significant-threats-2022

https://edition.cnn.com/2019/06/14/us/tennessee-preacher-cop-lgbtq/index.html

https://www.advocate.com/news/2022/6/10/texas-pastor-calls-gay-people-be-shot-head

https://epgn.com/2022/06/15/pastors-in-idaho-and-texas-call-for-execution-of-lgbtq-people/

https://www.metroweekly.com/2022/06/pastor-who-calls-for-death-penalty-for-gays-calls-pride-month-an-abomination/

https://www.advocate.com/media/cpac-transgenderism-eradicated