IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DJEDI ORDER AND
HERU SPENCER,

    Plaintiffs,

v.

Case No. 23-cv-194-wmc

STATE OF FLORIDA, ET AL.,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

/s/ Deputy Clerk

Joel Turner, Clerk of Court

4/14/2023

Date